UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

**ROBERT RAY THOMPSON,**
    Petitioner,

v.

**ANTONIO MCCLAIN, et al.,**
    Respondents.

**Case No. 5:24-cv-123-CLM-SGC**

## MEMORANDUM OPINION

The magistrate judge has entered a report, recommending the court deny this pro se petition for writ of habeas corpus under 28 U.S.C. § 2254 because the petitioner's claims are time-barred, unexhausted, and procedurally defaulted. (Doc. 3). The report also recommended the denial of a certificate of appealability. Although the report notified the petitioner of his right to object, the court hasn't received any objections.

After considering the record, including the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will deny the petitioner's claims as time-barred, unexhausted, and procedurally defaulted. The court will deny a certificate of appealability.

The court will enter a separate final order that closes this case.

**Done** on August 16, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE